## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| RONALD W. STONE, individually and as judgment creditor and holder of certain rights of CLIFTON MYERS FINANCIAL ADVISORY, INC.,<br>　　*Plaintiff*<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, PROFESSIONAL AGENTS RISK PURCHASING GROUP, INC., and BENNIE SMITH,<br>　　*Defendants* | §§§§§§§§§§§§§§§ | Case No. 1:21-CV-00960-LY |

## **O R D E R**

On March 1, 2022, the undersigned Magistrate Judge issued an Order granting Plaintiff Ronald W. Stone's Motion for Jurisdictional Discovery and to Extend the Deadline to Respond to Defendant Bennie Smith's Motion to Dismiss. Dkt. 21. The Order permitted Plaintiff to conduct limited jurisdictional discovery to be completed on or before May 2, 2022. *Id.* at 7.

Plaintiff further requested in his Motion that the Court extend his deadline to respond to Defendant Bennie Smith's Certified Motion to Dismiss for Want of Personal Jurisdiction Pursuant to Rule 12(b)(2) and Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and Motion for More Definite Statement (Dkt. 9) until seven days after the completion of discovery. Dkt. 14 at 6.

More than seven days have passed since the May 2, 2022 deadline for completion of jurisdictional discovery, and Plaintiff has filed no response to Defendant Bennie Smith's Motion to Dismiss.

2

Accordingly, the Court hereby **ORDERS** Plaintiff to show cause on or before **June 10, 2022** why the Court should not proceed to decide Defendant Smith's Motion to Dismiss as unopposed.

**SIGNED** on June 6, 2022.

                                                                   _____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE