IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RONALD W. STONE INDIVIDUALLY, | § | |
| AND AS JUDGMENT CREDITOR | § | |
| ASSIGNEE AND HOLDER OF | § | |
| CERTAIN RIGHTS OF | § | |
| CLIFTON MYERS FINANCIAL | § | |
| ADVISORY, INC. AND | § | |
| CLIFTON MYERS | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 1:21-cv-00960 |
| | § | |
| NATIONWIDE MUTUAL INSURANCE | § | |
| COMPANY D/B/A NATIONWIDE | § | |
| INSURANCE, NATIONAL CASUALTY | § | |
| COMPANY, | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANT NATIONWIDE MUTUAL INSURANCE
COMPANY AND DEFENDANT NATIONAL CASUALTY COMPANY'S
UNOPPOSED MOTION TO STRIKE AND SUBSTITUTE EXHIBIT A-1 TO THEIR
MOTION FOR SUMMARY JUDGMENT**

On this day came to be considered Defendant Nationwide Mutual Insurance Company and Defendant National Casualty Company's (collectively "Defendants") Unopposed Motion to Strike and Substitute Exhibit A-1 to their Motion for Summary Judgment. Having considered Defendants' Motion, and any responses and replies thereto, the Court finds that Defendants' Unopposed Motion to Strike and Substitute Exhibit A-1 to their Motion for Summary Judgment is meritorious and should be granted.

Accordingly, it is hereby ORDERED that Defendant Nationwide Mutual Insurance Company and Defendant National Casualty Company's Unopposed Motion to Strike and Substitute Exhibit A-1 to their Motion for Summary Judgment is GRANTED.

*[Signature on next page]*

1

Signed this the 2nd day of February, 2023.

UNITED STATES DISTRICT JUDGE