IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RONALD W. STONE INDIVIDUALLY, § <br> AND AS JUDGMENT CREDITOR § <br> ASSIGNEE AND HOLDER OF § <br> CERTAIN RIGHTS OF § <br> CLIFTON MYERS FINANCIAL § <br> ADVISORY, INC. AND § <br> CLIFTON MYERS § <br>     *Plaintiff,* § <br> v. § <br> § <br> NATIONWIDE MUTUAL INSURANCE § <br> COMPANY D/B/A NATIONWIDE § <br> INSURANCE, NATIONAL CASUALTY § <br> COMPANY, § <br>     *Defendants.* § | CIVIL ACTION NO. 1:21-cv-00960 |

## ORDER TO REFILE SUMMARY JUDGMENT MOTION

Before the Court is Defendants Nationwide Mutual Insurance Company and National Casualty Company's Motion for Summary Judgment (Dkt. # 45), Supplement to the Motion (Dkt. # 46), and Unopposed Motion to Strike and Substitute (Dkt. # 52.)  To avoid confusion on the docket, the Court orders Defendants to **REFILE** the Motion for Summary Judgment to include the appropriate substitute Exhibits within **seven (7) days** of this Order.

The refiling of the Motion will have no effect on the Scheduling Order or Summary Judgment Briefing Deadlines set in Dkt. # 51.  Plaintiffs' response to Defendants' Motion for Summary Judgment will still be due on or before May 8, 2023.

    **IT IS SO ORDERED.**

1

Signed this the 8th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE