UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Clifton Myers, et al. | § § | |
| vs. | § § | NO: AU:21-CV-00960-DAE |
| Nationwide Mutual Insurance Company, et al. | § § | |

ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE

On October 24, 2022 the above named and numbered civil action was transferred to the Honorable David A. Ezra, Senior United States District Judge. The pretrial conference and trial setting set by the Court's Scheduling Order (Dkt No. 33) entered on June 23, 2022 are hereby VACATED. <u>The remaining deadlines in said scheduling order shall remain in effect</u>. The pretrial conference and trial for this case will be reset at a later date by this honorable court.

IT IS SO ORDERED.

DATED: Austin, Texas, March 03, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE